Argued and submitted June 7, affirmed July 7, 1999

In the Matter of the Compensation of
Cindy M. Mount, Claimant.

Cindy M. MOUNT,
*Petitioner,*

*v.*

DEPARTMENT OF CONSUMER AND
BUSINESS SERVICES
and SAIF Corporation,
*Respondents.*

(WCB 97-08823; CA A103636)

986 P2d 28

Judicial Review from Workers' Compensation Board.

Christopher D. Moore argued the cause for petitioner. With him on the brief was Malagon, Moore & Jensen.

David L. Runner, Special Assistant Attorney General, argued the cause and filed the brief for respondents.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Affirmed. *Koskela v. Willamette Industries, Inc.,* 159 Or App 229, 978 P2d 1018 (1999).